COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-02-443
-CV

IN RE GLENBROOK RESIDENTIAL, INC.
 RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered relator’s “Agreed Motion For Dismissal Of Mandamus Proceeding.” It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.  

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B: WALKER, HOLMAN, and GARDNER, JJ.

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.